**Motion Granted; Abatement Order filed October 2, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00874-CV
_____

**TAMMIE WALLACE, WILLIAM ISAAC DAVIS, III, LARA ATTAYI, DIMITRI FETOKAKIS, ROBERT JARA, RYAN HALEY, STEPHEN L. MADDEN, MICHAEL V. GROVER AND AMIR SABZEVARI, IN THEIR OFFICIAL CAPACITIES, Appellants**

**V.**

**1620 HAWTHORNE, LTD., Appellee**

---

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2012-20396**

---

## ABATEMENT ORDER

On September 24, 2018, appellee filed a motion to extend time to file the brief and notified this court that the parties had reached an agreement to settle the issues on appeal. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until December 3, 2018. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion. If the parties do not file a motion to dismiss or other dispositive motion, appellee's brief will be due 30 days after the appeal is reinstated.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Donovan.